# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 27, 2008

136049

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

DANA McCLUNG,
   Plaintiff,

v

             SC: 136049
             AGC: 3276/07

ATTORNEY GRIEVANCE COMMISSION,
   Defendant.

_____/

   On the order of the Court, the complaint for superintending control is considered, and relief is DENIED, because the Court is not persuaded that it should grant the requested relief.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2008

p0519

               Clerk